# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case.  If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☑  Debtor
      ☐  Attorney [If Applicable:]  Name: _____
      ☐  Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:    ☐  Husband <u>and</u> Wife
                       ☐  Husband <u>Only</u>
                       ☑  Wife <u>Only</u>

[*If applicable*] Case Name: Leslie Presti
[*If applicable*] Case No./Adversary Proceeding No.: 10-34156
[*If applicable*] Creditor Name: _____

☑ Street Address   ☑ Mailing Address
New Address: 83 River Court
             No. and Street, Apt., P. O. Box or R. D. No.

City: Aylett                State: VA    Zip: 23009

☑ Street Address   ☑ Mailing Address
Old Address: 426 Walnut Lane
             No. and Street, Apt., P. O. Box or R. D. No.

City: King William           State: VA    Zip: 23086

Telephone Number: ( 804 ) 836-8320
**Please include area code**

/s/ Richard J Oulton
Signature of Filer [*check filer type below*]:
☑  Attorney for Debtor
☐  Debtor *[If joint case and address is for <u>husband and wife</u>, both debtors must sign.]*
☐  Creditor
☐  Attorney

Date: June 10, 2011
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 02/08]